UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR MUNRUDDIN, | No. 2:21-cv-00672-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Plaintiff Mansoor Munruddin ("Plaintiff") seeks to recover from Defendant Abbott Laboratories ("Defendant") on behalf of himself and a putative class for purported violation of various wage and labor laws. Presently before the Court is Defendant's Motion to Dismiss or Stay Proceedings Pursuant to the First-to-File Rule. ECF No. 7.[1] According to Defendant, this action should be dismissed or stayed pending resolution of the virtually identical case, Sanchez v. Abbott Laboratories, Case No. 2:20-cv-01436-TLN-AC.

Having reviewed both actions, the Court agrees that they are substantially duplicative of one another. Plaintiff essentially concedes as much by arguing that "Defendant's Motion must be denied as moot, because Plaintiff's counsel in this case

---

[1] Because oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1

and in the <u>Sanchez</u> matter have agreed to consolidate the cases into the first-filed <u>Sanchez</u> case." Pl.'s Opp., ECF No. 11, at 4.[2] Accordingly, the Court concludes that a stay of this case is warranted under the first-to-file rule. This case is hereby STAYED pending resolution of <u>Sanchez</u>. Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until the stay is lifted, the parties are direct to file a Joint Status Report advising the Court regarding the status of the <u>Sanchez</u> proceedings.

IT IS SO ORDERED.

Dated: January 5, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Because no motion to consolidate has been filed, however, the Court declines the invitation to decide this motion on mootness grounds.